**DENY and Opinion Filed July 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00642-CV**

**IN RE ERIC GORMLY, Relator**

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. DC-17-07217**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

Relator's June 29, 2022 petition for writ of mandamus challenges the trial court's (1) denial of his motion to dismiss for want of prosecution, and (2) denial of his motion for a continuance of trial. Because relator has not submitted an adequate record, we are unable to conduct a meaningful review of his claims. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). The petition also lacks an adequate Rule 52.3(j) certification. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d at 758 (applying Rule 52.3(j) strictly). Accordingly, we deny mandamus relief.

/Ken Molberg/
220642f.p05
KEN MOLBERG
JUSTICE